Rittle et ux., Appellants, *v.* A. P. Zeller.

Argued October 26, 1930.

Before TREXLER, P. J., KELLER, LINN, GAWTHROP, CUN-NINGHAM, BALDRIGE and WHITMORE, JJ.

518

519

520

522

*Eugene D. Siegrist,* for appellants.

*Walter C. Graeff,* and with him *C. V. Henry, Jr.,* and *Dawson W. Light,* for appellee.

PER CURIAM, January 30, 1931:

The questions raised in this case are thoroughly considered and discussed in the opinion of the learned President Judge of the court below; judgment appealed from is affirmed on that opinion.